IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv333

| | |
|---|---|
| MECKLENBURG COUNTY,<br><br>                              Plaintiff,<br><br>v.<br><br>TIME WARNER ENTERTAINMENT -<br>ADVANCE/NEWHOUSE<br>PARTNERSHIP,<br><br>                              Defendant. | **ORDER GRANTING<br>MOTION  FOR  ADMISSION<br>PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of Defendant Time Warner Entertainment-Advance/Newhouse Partnership to allow Gardner F. Gillespie, Matthew F. Wood, and Martin A. Price to appear *Pro Hac Vice*,  filed August 18, 2005.

Upon careful review and consideration, this Court will grant Defendant's Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Gillespie, Mr. Wood, and Mr. Price have each paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

**Signed: August 24, 2005**

Graham C. Mullen
Chief United States District Judge