IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV333

| | |
|---|---|
| MECKLENBURG COUNTY, ) | |
|       Plaintiff ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TIME WARNER ENTERTAINMENT- ) | |
| ADVANCE/NEWHOUSE ) | |
| PARTNERSHIP. ) | |
|       Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The Certification and Report of FRCP 26(F) Conference and Discovery Plan in this case indicates that this matter is to be set for a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Tuesday, November 15, 2005 at 11:45 a.m.**

IT IS SO ORDERED.

**Signed: October 20, 2005**

Graham C. Mullen
Chief United States District Judge