IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV333

| | |
|---|---|
| MECKLENBURG COUNTY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TIME WARNER ENTERTAINMNET- )<br>ADVANCE/NEWHOUSE PARTNERSHIP, )<br>)<br>Defendant. )<br>_____) | **ORDER** |

This matter is before the Court on its own motion. After reviewing the above captioned case, the undersigned hereby recuses himself from the above captioned matter.

**IT IS THEREFORE ORDERED** that this case be re-assigned to another District Judge.

**IT IS FURTHER ORDERED** that the Order setting an Initial Status Conference [doc. #12] is cancelled.

This the 3d day of November, 2005.

GRAHAM C. MULLEN
CHIEF U. S. DISTRICT COURT JUDGE