# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No. 3:05 CV 333-MU

| | | |
|---|---|---|
| **MECKLENBURG COUNTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CONSENT ORDER** |
| **TIME WARNER ENTERTAINMENT-** | ) | |
| **ADVANCE/NEWHOUSE PARTNERSHIP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

In accordance with the parties' mutual consent, the time for Plaintiff Mecklenburg County to serve its Response to Defendant's Motion for Partial Summary Judgment is hereby extended for seven (7) days until and including March 9, 2006.


Signed: March 2, 2006


_____

David C. Keesler
United States Magistrate Judge