IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05 CV 333-MU

| | |
|---|---|
| MECKLENBURG COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSENT ORDER |
| ) | |
| TIME WARNER ENTERTAINMENT- ) | |
| ADVANCE/NEWHOUSE PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

In accordance with the consent of the parties, the time for Plaintiff Mecklenburg County to serve its Response to Defendant's Motion for Partial Summary Judgment is hereby extended until and including March 13, 2006.

Signed: March 9, 2006

_____
David C. Keesler
United States Magistrate Judge