IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05 CV 333-MU

| | |
|---|---|
| MECKLENBURG COUNTY, <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, <br><br> Defendant. | ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |

**THIS CAUSE** having come before the Court on the "Motion for Admission *Pro Hac Vice* for Paul A. Werner" (Document #21) filed March 13, 2006, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendant Time Warner Entertainment-Advance/Newhouse Partnership ("TWEAN").

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that Paul A. Werner shall pay to the Court the fee required by Local Rule 83.1(B).

Signed: March 13, 2006

David C. Keesler
United States Magistrate Judge