IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05 CV 333-MU

| | |
|---|---|
| MECKLENBURG COUNTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIME WARNER ENTERTAINMENT-)<br>ADVANCE/NEWHOUSE PARTNERSHIP, )<br>)<br>Defendant. )<br>) | CONSENT ORDER |

In accordance with the consent of the parties, the time for Defendant Time Warner Entertainment – Advance/Newhouse Partnership to serve its Reply to Plaintiff's Opposition to Partial Summary Judgment is hereby extended for fourteen (14) days until and including April 6, 2006.

Signed: March 22, 2006

_____
David C. Keesler
United States Magistrate Judge