# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:05 CV 333

| | |
|---|---|
| MECKLENBURG COUNTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIME WARNER ENTERTAINMENT-<br>ADVANCE/NEWHOUSE PARTNERSHIP, )<br>)<br>Defendant. ) | **CONSENT ORDER** |

At Plaintiff's request, Defendant has consented to extend the time for Plaintiff Mecklenburg County to serve its Response to Defendant's Motion for Summary Judgment until and including May 15, 2006, subject to the understanding that Plaintiff will not seek to extend the date further. Accordingly, with the parties' consent, the time for Mecklenburg County to serve its Response to Defendant's Motion for Summary Judgment is hereby extended until and including May 15, 2006.

Signed: April 28, 2006

_____
David C. Keesler
United States Magistrate Judge