IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv333

MECKLENBURG COUNTY,          )
                              )
    Plaintiff,           )
                              )
vs.                           )          ORDER
                              )
TIME WARNER ENTERTAINMENT-    )
ADVANCE/NEWHOUSE PARTNERSHIP  )
                              )
    Defendant             )
_____)

THIS MATTER is before the Court on motions for summary judgment by the defendant. (Doc. No. 18, 30).

In a conference call with the parties on July 25, 2006, the Court requested additional briefing on the issue of the effect, if any, of a letter dated November 6, 2000, from Harry L. Jones to Donald Jensen (Doc. No. 18 at Exhibit F; Doc. No. 30 at Exhibit 20), on the statute of limitations defense.

The parties agreed to the following schedule:

    1.    Time Warner's brief shall be filed on or before August 9, 2006.

    2.    Mecklenburg County's response shall be filed on or before August 21, 2006.

    3.    Any reply by Time Warner shall be filed on or before August 25, 2006.

**IT IS SO ORDERED.**

Signed: July 27, 2006

Robert J. Conrad, Jr.
Chief United States District Judge