# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:05 CV 333

| | |
|---|---|
| **MECKLENBURG COUNTY,** | ) |
| Plaintiff, | ) |
| v. | ) **CONSENT ORDER** |
| **TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP,** | ) |
| Defendant. | ) |

In accordance with Plaintiff and Defendant's consent, the time for Plaintiff Mecklenburg County to serve its Response to Defendant's Supplemental Brief in Support of Motions for Summary Judgment is hereby extended for three (3) days until and including August 24, 2006 and that the time for Defendant Time Warner Entertainment – Advance/Newhouse Partnership to serve its Reply thereto is correspondingly extended until and including August 31, 2006.

Signed: August 17, 2006

Robert J. Conrad, Jr.
Chief United States District Judge

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **PROPOSED ORDER TO EXTEND TIME TO SERVE RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT AND REPLY TO RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** was served by electronic filing on the following Counsel:

>Jim D. Cooley
>G. Michael Barnhill
>W. Clark Goodman
>WOMBLE CARLYLE SANDRIDGE & RICE
>One Wachovia Center
>Suite 3500
>301 South Tryon Street
>Charlotte, North Carolina 28202
>
>Attorneys for Plaintiff Mecklenburg County

This 16th day of August, 2006.

s/ Martin A. Price