IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05 CV 333-C

| | |
|---|---|
| MECKLENBURG COUNTY, <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, <br><br> Defendant. | PROPOSED CONSENT ORDER |

In accordance with Section 1(G) of the Pretrial Order and Case Management Plan ("Pretrial Order"), Plaintiff and Defendant consent that the close of discovery in the above-captioned action be extended to December 8, 2006. This agreement is made in the interests of most effectively and efficiently preparing this matter for resolution at trial, if necessary. The parties also consent to extending the deadline for submission of reports relating to Alternative Dispute Resolution until December 8, 2006 and to extending the deadline for filing all motions except motions in limine and motions to continue until January 10, 2007. All remaining deadlines in the Pretrial Order are unaffected and the parties do not anticipate that this extension of deadlines under the Pretrial Order will delay the trial of this matter.

NOW, THEREFORE, it is hereby ORDERED that the Pretrial Order entered on January 23, 2006 is modified as follows:

    1. The deadline for completing discovery set forth in Section I.G of the Pretrial Order is extended until and including December 8, 2006.

2. The deadline for filing all motions except motions in limine and motions to continue set forth in Section II.A of the Pretrial Order is extended until and including January 10, 2007; and

3. The deadline for completing ADR and filing a report on the results set forth in Section IV.B of the Pretrial Order is extended until and including December 8, 2006.

Signed: September 14, 2006

David C. Keesler
United States Magistrate Judge