# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:05 CV 333-C

| | |
|---|---|
| MECKLENBURG COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>TIME WARNER ENTERTAINMENT-<br>ADVANCE/NEWHOUSE PARTNERSHIP,<br><br>Defendant. | CONSENT ORDER |

In accordance with Section 1(G) of the Pretrial Order and Case Management Plan ("Pretrial Order"), Plaintiff and Defendant consent that the close of discovery in the above-captioned action be extended to March 2, 2007. This agreement is made in the interests of most effectively and efficiently preparing this matter for resolution at trial, if necessary. The parties also consent to extending the deadline for submission of reports relating to Alternative Dispute Resolution until March 2, 2007 and to extending the deadline for filing all motions except motions in limine and motions to continue until April 2, 2007. All remaining deadlines in the Pretrial Order are unaffected, and the parties do not anticipate that this extension of deadlines under the Pretrial Order will delay the trial of this matter.

NOW, THEREFORE, it is hereby ORDERED that the Pretrial Order entered on January 23, 2006 and modified on September 14, 2006 is further modified as follows:

1. The deadline for completing discovery set forth in Section I.G of the Pretrial Order is extended until and including March 2, 2007.

2. The deadline for filing all motions except motions in limine and motions to continue set forth in Section II.A of the Pretrial Order is extended until and including April 2, 2007; and

3. The deadline for completing ADR and filing a report on the results set forth in Section IV.B of the Pretrial Order is extended until and including March 2, 2007.

Signed: November 21, 2006

David C. Keesler
United States Magistrate Judge