**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:05 CV 333-C**

| | | |
|---|---|---|
| **MECKLENBURG COUNTY,** | ) | |
| | ) | |
| **Plaintiff and Counter-Defendant,** | ) | |
| | ) | |
| **v.** | ) | **CONSENT ORDER** |
| | ) | |
| **TIME WARNER ENTERTAINMENT-** | ) | |
| **ADVANCE/NEWHOUSE PARTNERSHIP,** | ) | |
| | ) | |
| **Defendant and Counter-Claimant.** | ) | |
| | ) | |

WHEREAS, Mecklenburg County ("County") and Time Warner Entertainment – Advance/Newhouse Partnership ("TWEAN") mutually consent to the entry of this Order; and

WHEREAS, there is presently pending before the Court TWEAN's Motion for Partial Summary Judgment and TWEAN's Motion for Summary Judgment ("the Summary Judgment Motions"), in which threshold issues such as the timeliness of the County's claims and the County's standing to pursue its claims are at issue; and

WHEREAS, the Court's decision with respect to such threshold issues may affect the scope of discovery that is relevant and necessary to the prosecution and defense of both the County's claims and TWEAN's counterclaims; and

WHEREAS, the parties agree that the interests of justice and efficiency are best served by staying discovery until the Court has rendered its decision as to the Summary Judgment Motions.

NOW, THEREFORE, it is hereby ORDERED that discovery and the related

deadlines (including the deadlines for completing Alternative Dispute Resolution and for filing pretrial motions) contained in this Court's Pretrial Order, as modified by subsequent Consent Orders, are hereby stayed pending entry of the Court's Order(s) deciding the Summary Judgment Motions. In the event that the Court enters an Order with respect to either of the Summary Judgment Motions, this stay shall be lifted. Nothing in this Order shall be construed to prohibit the parties from conducting discovery by mutual consent during the pendency of the stay.

It is further ORDERED that within ten (10) days of the expiration of this stay upon entry of the Court's Order(s) deciding either of the Summary Judgment Motions as set forth in the foregoing paragraph, the parties shall confer and submit a proposed schedule for the completion of tasks prescribed in the Pretrial Order, as necessary. The proposed schedule shall require completion of all applicable discovery within ninety (90) days of the expiration of the stay. In the event that the parties cannot reach agreement with respect to a proposed schedule within ten (10) days, each party shall separately submit its proposed Pretrial Order for the Court's consideration within fourteen (14) days from the expiration of the stay.

**IT IS SO ORDERED.**

Signed: February 5, 2007

David C. Keesler
United States Magistrate Judge