# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv333

| | |
|---|---|
| **MECKLENBURG COUNTY,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>**TIME WARNER** )<br>**ENTERTAINMENT-ADVANCE/** )<br>**NEWHOUSE PARTNERSHIP,** )<br>)<br>Defendant. )<br>) | **JUDGMENT** |

For the reasons set forth in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Partial Summary Judgment [Doc. 16] and the Defendant's Motion for Summary Judgment [Doc. 30] are **GRANTED**. Judgment is hereby entered in favor of the Defendant TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP and against the Plaintiff MECKLENBURG COUNTY, and this action is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Signed: January 26, 2010

Martin Reidinger
United States District Judge