# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

## CIVIL CASE NO. 3:05cv333

| | | |
|---|---|---|
| MECKLENBURG COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TIME WARNER | ) | |
| ENTERTAINMENT-ADVANCE/ | ) | |
| NEWHOUSE PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Voluntary Dismissal with Prejudice [Doc. 60].

On January 26, 2010, this Court granted the Defendant's Motion for Partial Summary Judgment [Doc. 18] and Motion for Summary Judgment [Doc. 30]. [Doc. 55; Doc. 56]. The Defendant's counterclaims were not disposed of by that order and remained pending. The parties report that while the case was pending on the Plaintiff's appeal, however, they settled all issues between them. Based thereon, the Defendant now moves to dismiss its counterclaims with prejudice.

**IT IS, THEREFORE, ORDERED** that the Defendant's counterclaims are hereby **DISMISSED** with prejudice.  Each party shall bear their own attorneys' fees and costs.

Signed: January 17, 2011

Martin Reidinger
United States District Judge